The People of the State of Illinois, Plaintiff-Appellee, *v.* Lavon Logan, Defendant-Appellant.

(No. 12197;

Fourth District—December 17, 1974.

Opinion by Mr. JUSTICE SMITH.

John F. McNichols, of State Appellate Defender's Office, of Springfield, for appellant.

No appearance for the People.